# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA F. LEWIS,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br><br><br><br><br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | CASE NO. 09cv2110-MMA(WMc)<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE;**<br><br>[Doc. No. 27]<br><br>**GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;**<br><br>[Doc. No. 20]<br><br>**DENYING DEFENDANT'S CROSS - MOTION FOR SUMMARY JUDGMENT**<br><br>[Doc. No. 25] |

　　On September 25, 2009, Plaintiff Edna F. Lewis, on behalf of Randel S. Davis (deceased), filed this appeal of the final judgment of the Commissioner of Social Security denying her son's claim for Supplemental Security Income under Title XVI of the Social Security Act ("Act"), 42 U.S.C §§ 1381, *et seq*. The matter was referred to the Honorable William McCurine, Jr., United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1. On February 25, 2011, Judge McCurine filed a thorough and well-reasoned Report containing findings and conclusions, upon which he bases his recommendation that the Court grant Plaintiff's motion for

1  summary judgment in part, deny Defendant's cross motion for summary judgment, and remand this
2  case to the Commissioner for further proceedings consistent with his recommendation.
3       Neither party objected to the Report and Recommendation, and the time for filing objections
4  has expired.
5       The Court has considered the pleadings and memoranda of the parties as well as the
6  administrative record, and has made a review and determination in accordance with the requirements
7  of 28 U.S.C. § 636 and applicable case law.  Accordingly, good cause appearing,
8       **IT IS HEREBY ORDERED THAT**:
9       1.    The Report and Recommendation [Doc. No. 27] is **ADOPTED** in its entirety;
10      2.    Plaintiff's Motion for Summary Judgment [Doc. No. 20] is **GRANTED** in part; and
11      3.    Defendant's Cross-Motion for Summary Judgment [Doc. No. 25] is **DENIED**.
12      **IT IS FURTHER ORDERED THAT** this case is **REMANDED** to the Commissioner of
13 Social Security for further administrative proceedings consistent with this opinion, pursuant to
14 sentence four of 42 U.S.C. § 405(g).  *See Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002).
15      **IT IS SO ORDERED**.
16 DATED: March 28, 2011

                         Hon. Michael M. Anello
                         United States District Judge